# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Martin Glotzer

,

Plaintiff(s),

v.

The Femail Health Company et al,

Defendant(s).

Case No. 16-cv-11242

Judge Sara L. Ellis

## ORDER

Pursuant to agreed stipulation to remand [12] this case is remanded to the Cook County Chancery Division, Calendar 2 (Honorable Rodolfo Garcia). Each party bears its own fees and costs with respect to remanding this case back to state court.


Date: 12/27/2016                                     /s/ Sara L. Ellis